IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EMMIT JONES
ADC #51864                                                                                       PETITIONER

VS.                                  5:05CV00118 WRW/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                    RESPONDENT

**ORDER**

Petitioner, who is currently incarcerated at the Delta Regional Unit of the Arkansas Department of Correction, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254, and has paid the $5.00 filing fee. (Docket entries #2 and #5.) The Court will therefore order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court shall serve a copy of the habeas Petition (docket entry #2), the Brief in Support (docket entry #3), and this Order on Respondent and the Arkansas Attorney General by mail.

2. Respondent shall file a responsive pleading **within twenty (20) days** of service.

Dated this 14th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE